UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

IN THE MATTER OF:

Complaint of G&G MARINE LTD., as owner of the S/V *MEACHELLE II*, bearing Identification No: 596698, its tackle, appurtenances, etc., in a cause of Exoneration From or Limitation of Liability,

Petitioner.

CASE NO: **00-0494 CIV-MOORE**

MAGISTRATE JUDGE O'SULLIVAN

_____/

### COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

TO THE HONORABLE JUDGE OF THIS COURT:

1. This is a case of admiralty and maritime jurisdiction as hereinafter more fully appears:

2. Jurisdiction of this matter arises under 28 U.S.C. §1333.

3. Venue is appropriate pursuant to Rule F(a) of the Supplemental Rules of Limitation of Liability. The S/V *Meachelle II* (*Meachelle*) was moored here in Miami, Florida, at all times material. On or about June 18, 1999, the *Meachelle* was sold by G&B Marine Ltd. To Sea Level, Inc., for the full and true sum of $1,550,000. Northrop and Johnson Yacht Ships, Inc., located at 1901 SE 4th Avenue, Fort Lauderdale, Florida, acted as the broker of this transaction. A true and correct copy of the Seller (G&G MARINE LTD.) Closing Statement is attached as Exhibit "1". A true and correct copy of the Bill of Sale dated June 18, 1999, and recorded by the United States Coast guard (U.S.C.G.), on June 23, 1999, is attached as Exhibit "2."



SARNOFF & BAYER
3197 VIRGINIA STREET, COCONUT GROVE, FLORIDA 33133 • TEL (305) 441-5966 • FAX (305) 441-5977

IN RE: Complaint of G&G MARINE LTD.

4. Petitioner seeks to invoke the Shipowner's Limitation of Liability Act, Title 46, U.S. Code Sections 183-189, the International Convention of Limitation of Liability for Maritime Claims (1976).

5. This Complaint sets forth an admiralty and maritime claim within the meaning of Rule 9(h), Federal Rules of Civil Procedure and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims.

6. At the times hereinafter mentioned, the Petitioner, G&G MARINE LTD., was a limited partnership and domiciliary of Wilmington, Delaware, and was the owner of the S/V "*Meachelle.*"

7. At all times material, the Petitioner used due diligence to make the vessel seaworthy, and it was properly equipped and furnished and well and sufficiently fitted and supplied with suitable engines, machinery, apparel, appliances, personnel and equipment, all in good order and condition and suitable for their intended operations.

8. On June 18, 1999, the vessel was sold to Sea Level, Inc., for the full and true sum of $1,550,000.00 (see Closing Statement, Exhibit "1").

9. On or about July 24, 1998, Hugh Callum (Callum) was the Master of the S/V "*Meachelle.*" On said date in the afternoon hours Callum was on board the dingy (of the *Meachelle*) in the navigable waters off the coast of Puerto Rico, diving for lobsters (and/or spear fishing). At that place and time, a purple Cigarette vessel (bearing identification number PR3241 AB), at plane, struck Hugh Callum in the navigable waterway causing fatal injuries.

SARNOFF & BAYER
3197 VIRGINIA STREET, COCONUT GROVE, FLORIDA 33133 • TEL (305) 441-5966 • FAX (305) 441-5977

IN RE: Complaint of G&G MARINE LTD.

10. The alleged loss, damage, injury and destruction resultant therefrom, was not caused or contributed to by any fault, neglect, want of care or design on the part of the Petitioner, its agents, servants, employees or anyone for whom the Petitioner may be responsible.

11. The value of the Petitioner's interest in the vessel on July 24, 1998, immediately after the accident was $1,550,000.00.

12. As of the time of filing this Complaint, Petitioner is not aware of any demands, unsatisfied liens, claims of lien, in contract or in tort, or other lawsuits arising from the operation in which the vessel was engaged at the time of the accident.

13. The alleged loss, damage, injury and destruction described above were done, occasioned and incurred, without fault on the part of the Petitioner and without its privity or knowledge.

14. Petitioner avers the amount of the claims which may be brought against Petitioner far exceeds the value of its interest in the vessel and pending freight.

15. The Petitioner, as the owner of the vessel described ¶3 of the Complaint, claims the benefits of provisions of §§183, *et seq.*, of Title 46, United States Code; Rule F of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; the International Convention on Limitation of Liability for Maritime Claims (1976), in this proceeding by reason of the facts and circumstances set forth above. Petitioner further desires to contest its liability and the liability of the vessel, to any extent whatsoever for any and all loss, destruction, damages, injury and death caused by or resulting from the incident described above.

SARNOFF & BAYER
3197 VIRGINIA STREET, COCONUT GROVE, FLORIDA 33133 • TEL (305) 441-5966 • FAX (305) 441-5977

IN RE: Complaint of G&G MARINE LTD.

16. The Petitioner hereby files the Bill of Sale and Closing Statement (Exhibits "1" and "2") demonstrating the value of the vessel on June 18, 1999. There was no damage to the vessel as a result of the above described accident.

17. The Petitioner hereby offers this Ad Interim Stipulation for Value and agrees to deposit the sum of $1,550,000.00 with the Court Registry covering the value of the Petitioner's interest in the vessel, together with interest at the rate of 6% per annum from the date of the Stipulation and for costs, wherever the same shall be ordered as provided in the applicable statutes and rules and practices of this Honorable Court, and subject to such appraisal as the Court may direct, said Stipulation being to secure the payment of any potential award against Petitioner, whenever the Court shall so order, of the aggregate amount of value of the Petitioner's interest in the sailing vessel

18. All and singular, the premises are true and within the admiralty and maritime jurisdiction of this Honorable Court.

WHEREFORE, the Petitioner, FOUNTAIN, respectfully requests:

A. That this Court enter an Order directing Petitioners to file a Stipulation for Value to be approved by the Court in the sum of $1,550,000.00 together with interest at the rate of 6% per annum and costs of Court;

B. That this Court enter an Order directing the issuance of a Monition to all persons, firms, and corporations claiming damages for any and all losses, damages, injuries, deaths, or destructions done, occasioned, sustained, or incurred by or resulting from the accident described above and citing them to appear as directed in said Order and

SARNOFF & BAYER
3197 VIRGINIA STREET, COCONUT GROVE, FLORIDA 33133 • TEL (305) 441-5966 • FAX (305) 441-5977

IN RE: Complaint of G&G MARINE LTD.

to make due proof of their respective claims and also to appear and answer the allegations of this Petition according to the law and practices of this Court on or before a date certain and time to be fixed by the Monition.

C. That this Court enter an Injunction restraining the prosecution of any and all suits, actions, and proceedings already begun to recover damages arising out of or occasioned by or consequent upon the casualty as set forth in this Complaint and Petition, and the commencement of prosecution thereafter of any suits, actions, or legal proceedings or any nature or description, except in the present proceeding against the Petitioner and/or the vessels in respect of any claim or claims arising out of the accident described above;

D. That the Court in this proceeding will adjudge:

(1) That the Petitioner is not liable to any extent, but is exonerated from any responsibility, for any loss, damage, death, or injury, nor for any claim whatsoever in any way arising out of or in consequence of the accident described herein; or

(2) That if the Petitioner shall be judged liable, then such liability shall be limited to the amount or value of the Petitioner's interest in the vessel immediately following the accident described above and the value of the Petitioner's interest in the vessel be divided according to the provisions of the statutes mentioned in this Complaint among the claims as may duly prove their claims in accordance with the provisions of the Order requested above,

IN RE: Complaint of G&G MARINE LTD.

saving to all parties any priorities to which they may be legally entitled and that a decree may be entered discharging the Petitioner of all further liability;

(3)  That Petitioner may have such other and further relief as the justice of the cause may require.

DATED this 2 day of February, 2000.

Respectfully submitted,

SARNOFF & BAYER
Attorneys for Petitioner
3197 Virginia Street
Coconut Grove, Florida 33133
(305) 441-5966 - Telephone
(305) 441-5977 - Facsimile

BY: _____
MARC DAVID SARNOFF
FBN: 607924

# Northrop and Johnson

ATTACHMENT / EXHIBIT ____

## SELLER'S CLOSING STATEMENT

| | |
|---|---|
| CLOSING DATE: | 22 June 1999 |
| NAME OF YACHT: | MEACHELLE |
| DESCRIPTION: | 92' Stephens Cutter, 1978 |
| DOCUMENT NUMBER: | 596698 |
| SELLER: | G & G Marine Ltd.<br>1201 N. Market Street<br>PO Box 1347<br>Wilmington, DE 19899 |
| PURCHASER: | Sea Level, Inc.<br>Trust House<br>112, Bonadie Street<br>Kingstown, St. Vincent |
| LISTING BROKER: | Kevin E. Merrigan<br>Northrop and Johnson Yachts-Ships, Inc. |
| SELLING BROKER: | Sam Topping<br>Ardell Yacht and Ship Brokers |

| | | |
|---|---|---|
| Contract purchase price: | | $1,550,000.00 |
| Survey adjustment | | - $75,000.00 |
| Adjusted purchase price | | $1,475,000.00 |
| Brokerage Commission: | -$100,000.00 | |
| Charter cancellation penalty: | - $ 16,000.00 | |
| Shaft spur repair | - $ 600.00 | |
| Toggle | - $ 400.00 | |
| | - $117,000.00 | |
| **NET PROCEEDS DUE SELLER:** | | $1,358,000.00 |

Accepted and approved this 21st day of June, 1999.

_____      _____
Kevin E. Merrigan, Broker            George McKerrow
Northrop and Johnson Yachts-Ships, Inc.   G & G Marine Ltd.

*Northrop and Johnson Yachts - Ships, Inc.*
*1901 Southeast 4th Avenue, Fort Lauderdale, Florida 33316 · Telephone: 954-522-3344 · Fax: 954-522-9500*

# BILL OF SALE
## COPY

**NATIONAL VESSEL DOCUMENTATION CENTER**
**USCG**
**RECEIVED/FILED**

23 JUN '99

RECORDED: BOOK 9954

1. VESSEL NAME: MEACHELLE
2. OFFICIAL NUMBER OR HULL ID NUMBER: 596698

3. NAME AND ADDRESS OF SELLER:

G & G Marine Ltd.
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

5. NAMES AND ADDRESSES OF BUYERS:

Sea Level Inc.
Trust House
112, Bonadie Street
Kingstown, Saint Vincent

ATTACHMENT / EXHIBIT

ONE DOLLAR AND OTHER VALUABLE CONSIDERATION (UNLESS OTHERWISE STATED)

Signature: [signed]

Date Signed: 6/18/99

GEORGE McKERROW, JR.,
PRESIDENT

On June 18, 1999

STATE: Georgia
COUNTY: [illegible]
NOTARY PUBLIC: [signed]

# CIVIL COVER SHEET

00-0494

CIV-MOORE

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

IN THE MATTER OF:

Complaint of G&G MARINE LTD., as owner of the S/V MEACHELLE II, bearing Identification No. 596698, its tackle, appurtenances, etc., in a cause of Exoneration From or Limitation of Liability

## DEFENDANTS

MAGISTRATE JUDGE O'SULLIVAN

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

A-dade | 000J 494 | moore | O'Sullivan

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** ___JC___
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Marc David Sarnoff, Esq., SARNOFF & BAYER
3197 Virginia Street, Coconut Grove, FL 33133
(305) 441-5966

**ATTORNEYS (IF KNOWN)**

**(d) CIRCLE COUNTY WHERE ACTION AROSE:**
DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN X ONE BOX ONLY)

- ☐ 1. U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Case Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Shipowner's Limitation of Liability Act, Title 46, U.S. Code, sections 183-189, International Convention of Limitation of Liability for Maritime Claims (1976)

**IVa.** __2__ days estimated (for both sides) to try entire case

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| A CONTRACT | A TORTS PERSONAL INJURY | B FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 States Reapportionment |
| ☐ 120 Marine | ☐ 362 Personal Injury-Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **A PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury-Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. B |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability **PERSONAL PROPERTY** ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) B | ☒ 340 Marine | ☐ 660 Occupational Safety/Health | **B SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits B | ☐ 345 Marine Product Liability ☐ 371 Truth in Lending B | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholder's Suits | ☐ 350 Motor Vehicle ☐ 380 Other Personal Property Damage | **A LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12USC3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 720 Labor Management Relations B | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** **B PRISONER PETITIONS** | ☐ 730 Labor Management Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | **A FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure B | ☐ 442 Employment Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations ☐ 530 General* | ☐ 791 Employee Ret. Inc. Security Act B | ☐ 871 IRS-Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare ☐ 535 Death Penalty |  |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights ☐ 540 Mandamus & Other * |  |  | ☐ 890 Other Statutory Actions * |
| ☐ 290 All Other Real Property |  ☐ 550 Civil Rights * A or B |  |  | * A or B |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

- ☒ 1. Original Proceeding
- ☐ 2. Removed From State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Refiled
- ☐ 5. Transferred from another district (Specify)
- ☐ 6. Multidistrict Litigation
- ☐ 7. Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT

CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23
DEMAND $ _____
Check YES only if demanded in complaint: ☐ YES
JURY DEMAND: ☒ NO

## VIII. RELATED CASE(S) IF ANY

(See Instructions): N/A
JUDGE _____ DOCKET NUMBER _____

DATE: February 2, 2000

SIGNATURE OF ATTORNEY OF RECORD
SARNOFF & BAYER
by: [signature]
Marc David Sarnoff (FBN: 607924)

FOR OFFICE USE ONLY: Receipt No. 816393
Date Paid: 02/02/00
Amount: 150.00
M/ifp: _____

UNITED STATES DISTRICT COURT
S/F I-2
REV. 9/94